Denock Henderson # G24423
C.S.P. Solano
2100 Peabody Rd.
Vacaville, C.A. 95696-4000



LEGAL MAIL

United States District Court
Northern District of California
San Francisco Division
450 Golden Gate Ave
P.O. Box 36060
San Francisco, C.A. 94102
ATTN: Intake Docket Section

Shu act 2/10/10