IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEMORA HENDERSON,**<br><br>　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**G. SWARTHOUT, Warden,**<br><br>　　　　　　　　　　　Respondent. | Case No. C 12-0810 CW (PR)<br><br>[~~PROPOSED~~] **ORDER GRANTING FIRST EXTENSION OF TIME TO FILE ANSWER** |

　　GOOD CAUSE APPEARING, respondent is granted an additional thirty (30) days to and including January 2, 2013, to file an answer to the petition for writ of habeas corpus. Petitioner may file a traverse within (30) days after the answer has been filed and served

Dated: ___11/20/2012___　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　The Honorable Claudia Wilken
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

[~~Proposed~~] Order (C 12-0810 CW (PR))