IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEMORA HENDERSON,** | Case No. C 12-0810 CW (PR) |
| Petitioner, | [PROPOSED] ORDER GRANTING FIRST EXTENSION OF TIME TO FILE ANSWER |
| v. | |
| **G. SWARTHOUT, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, respondent is granted an additional thirty (30) days to and including January 2, 2013, to file an answer to the petition for writ of habeas corpus. Petitioner may file a traverse within (30) days after the answer has been filed and served

Dated:  11/20/2012

_____
The Honorable Claudia Wilken
UNITED STATES DISTRICT JUDGE

[Proposed] Order (C 12-0810 CW (PR))