IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEMORA HENDERSON,

      Petitioner,

  v.

G. SWARTHOUT, Warden,

      Respondent.

_____/

No. C 12-0810 CW (PR)

ORDER GRANTING PARTIES
LEAVE TO FILE BRIEFS IN
EXCESS OF TWENTY-FIVE
PAGES

(Docket nos. 8, 9)

Petitioner, a state prisoner, filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his state criminal conviction.  Respondent has filed an answer to the petition and Petitioner has filed a traverse.  Both parties have requested leave to file oversized supporting briefs.  Good cause appearing, the requests are GRANTED.  Respondent's fifty-three page memorandum of points and authorities in support of the answer (Docket no. 7) and Petitioner's fifty-six page traverse (Docket no. 10) are deemed properly filed.

    This Order terminates Docket nos. 8 and 9.

    IT IS SO ORDERED.

Dated: 8/15/2013

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE